UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ROBERT WEMYSS and CHRISTINE WEMYSS,

                      Plaintiffs,

    -against-

DELTA AIRLINES, INC.,

                      Defendant.
----------------------------------------------------------------------X

Case No.: 1:23-cv-00889-EK-PK

PLAINTIFF'S MOTION TO AMEND COMPLAINT

(Fed.R.Civ.P. 15 and 21)

**NOTICE IS HEREBY GIVEN** that plaintiffs ROBERT WEMYSS and CHRISTINE WEMYSS hereby move this Court for entry of an order granting them leave to amend their Complaint in this action to add an additional defendant. This motion is based on Fed.R.Civ.P. 15 and 21, this notice, the accompanying Memorandum of Law, the Declaration of S. Wade Turnbull, the pleadings and discovery materials in this action, and such other submissions as may be made at the hearing on this matter.

Dated: New York, New York
         June 29, 2023

                                            SACKS & SACKS, LLP



                                            S. WADE TURNBULL, ESQ. (7836)
                                            Attorney for Plaintiffs
                                            ROBER WEMYSS and
                                            CHRISTINE WEMYSS
                                            150 Broadway, 4th Floor
                                            New York, New York 10038
                                            (212) 964-5570

To:

GERBER CIANO KELLY BRADY LLP
Attorneys for Defendant
DELTA AIRLINES, INC
228 Park Avenue South, Suite 97572
New York, New York 10003-1502
(914) 505-6283